**ST. CHARLES GOLF COURSE, INC., Defendant/Respondent.**

**No. 61482.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 8, 1993.

James S. Collins, II, Camala C. Francis, Law Offices of James S. Collins, II, St. Louis, for plaintiff, appellant.

Rollin J. Moerschel, Thompson & Mitchell, St. Charles, for defendant, respondent.

Before GARY M. GAERTNER, P.J., and SMITH and STEPHAN, JJ.

## MEMORANDUM OPINION

PER CURIAM.

Plaintiff appeals from a jury verdict against him in this slip and fall personal injury case. Plaintiff fell while walking with his golf shoes on across a concrete floor. The floor had recently been treated with sealer and the evidence was conflicting as to whether this made the floor more, less, or equally slick to its previous condition. There were caution signs posted warning that cleats slip on concrete. The jury returned a verdict finding defendant 0% at fault and plaintiff 100% at fault.

The evidence is sufficient to support the verdict. We find no error in the trial court rulings or instructions upon which review is sought. An opinion would have no precedential value. Judgment is affirmed in compliance with Rule 84.16(b).

Judgment affirmed.

**Deborah A. FERRELL, Appellant,**

v.

**Bartley C. FERRELL, Jr., Respondent.**

**No. 62145.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 8, 1993.

Phillip J. Barkett, Jr., Sikeston, for appellant.

George W. Gilmore, Jr., Sikeston, for respondent.

Before CARL R. GAERTNER, P.J., and GRIMM and CRAHAN, JJ.

## ORDER

PER CURIAM.

Wife appeals from an order of the trial court modifying the custody provisions of a divorce decree. The order granted wife joint legal custody but refused to change primary physical custody from husband to wife. We defer to the trial court unless firmly convinced that the welfare of the child requires some other disposition. We are not so firmly convinced. *Brotheron v. Lowe*, 819 S.W.2d 74, 77 (Mo.App.1991). No precedential value would be served by a written opinion, therefore we file this written order in compliance with Rule 84.16(b).